UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GS HOLISTIC, LLC,

    Plaintiff,

v.      Case No. 8:24-cv-1945-KKM-SPF

MEHDI GHOUNIM,

    Defendant.

## ORDER

The United States Magistrate Judge recommends granting GS Holistic, LLC's motion for default judgment against Mehdi Ghounim. (Docs. 31, 32). The deadline to object to the Magistrate Judge's Report and Recommendation has passed without either party lodging an objection. Considering the record, the Court adopts the Report and Recommendation.

After conducting a review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-*

*Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Magistrate Judge's Report and Recommendation.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 32) is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiff's Motion for Default Judgment (Doc. 31) is **GRANTED**.

3. The Clerk is directed to **ENTER JUDGMENT** which shall read:

    a. "Judgment is entered in favor of GS Holistic, LLC, and against Mehdi Ghounim, in the amount of $150,672.00."

    b. "Mehdi Ghounim, and his agents and employees, and all persons acting in concert or in participation with him, are **PERMANENTLY ENJOINED** from directly or indirectly infringing the Stündenglass Marks, including these restrictions: importing, exporting, making, manufacturing reproducing, assembling, using, acquiring, purchasing, offering, selling, transferring, brokering, consigning, distributing, storing, shipping, licensing, developing,

displaying, delivering, marketing, advertising, or promoting counterfeit Stündenglass products, meaning products bearing the Stündenglass trademarks (No. 6,633,884; No. 6,174,292; and No. 6,174,291), counterfeits, copies, or colorful imitations thereof."

4. The Clerk is directed to **CLOSE** this case and **TERMINATE** any pending motions or deadlines.

**ORDERED** in Tampa, Florida, on November 21, 2025.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge